UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DEON KNOWLES, | ) CV 07-5680-GAF (SH) |
| | ) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| J. MARSHALL, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: September 12, 2008

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1